UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe

Write the full name of each plaintiff.

_____CV_______________
(Include case number if one has been assigned)

-against-

Related Companies LLP,Stephen M.Ross, Bruce Beal Jr,Jeff T.Blau,Kenneth Wong,Micheal Harrington,Bonita Chung,Micheal Hillier,Ivan Marchuk,Latyshia Johnson, Alexi Polonco, Angel Cortes,Bridgeland West LLC,Tahir Domi,Athanasios Gialaboukis et al

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☑ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Violations of the 8th and 14th amendments, civil rights act of 1964, fair housing act (HUD), Equal protection Clause,Civil Rights Act of 1968,Title VII of the civil Rights act of1964,

___

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ______________________, is a citizen of the State of
(Plaintiff's name)

______________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ______________________________, is a citizen of the State of
(Defendant's name)

______________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If the defendant is a corporation:

The defendant, ______________________________, is incorporated under the laws of

the State of ______________________________

and has its principal place of business in the State of ______________________________

or is incorporated under the laws of (foreign state) ______________________________

and has its principal place of business in ______________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Jane Doe

First Name Middle Initial Last Name

456 Washington street apt 3k

Street Address

New York NY 10013

County, City State Zip Code

LAW0519@icloud.com

Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Micheal Harrington
First Name Last Name

Current Job Title (or other identifying information)

30 Hudson Yards
Current Work Address (or other address where defendant may be served)

New York NY 10001
County, City State Zip Code

Defendant 2:

Bonita Chung
First Name Last Name

Current Job Title (or other identifying information)

30 Hudson Yards
Current Work Address (or other address where defendant may be served)

New York NY 10001
County, City State Zip Code

Defendant 3:

Micheal Hillier
First Name Last Name

Current Job Title (or other identifying information)

30 Hudson Yards
Current Work Address (or other address where defendant may be served)

New York NY 10001
County, City State Zip Code

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Ivan Marchuk
First Name Last Name

Current Job Title (or other identifying information)

30 Hudson Yards
Current Work Address (or other address where defendant may be served)

New York NY 10001
County, City State Zip Code

Defendant 2:

Latyshia Johnson
First Name Last Name

Current Job Title (or other identifying information)

30 Hudson Yards
Current Work Address (or other address where defendant may be served)

New York NY 10001
County, City State Zip Code

Defendant 3:

Alexi Polonco
First Name Last Name

Current Job Title (or other identifying information)

30 HUDSON YARDS
Current Work Address (or other address where defendant may be served)

New York NY 10001
County, City State Zip Code

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Angel | Cortes
First Name | Last Name

Current Job Title (or other identifying information)

30 Hudson Yards
Current Work Address (or other address where defendant may be served)

New York | NY | 10001
County, City | State | Zip Code

Defendant 2:

Tahir | Domi
First Name | Last Name

Current Job Title (or other identifying information)

456 WASHINGTON STREET
Current Work Address (or other address where defendant may be served)

New York | NY | 10013
County, City | State | Zip Code

Defendant 3:

ATHANASIOS | GIALABOUKIS
First Name | Last Name

Current Job Title (or other identifying information)

452 Washington street
Current Work Address (or other address where defendant may be served)

New York | NY | 10013
County, City | State | Zip Code

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Bruce — First Name
Beal Jr. — Last Name

Current Job Title (or other identifying information)

30 Hudson Yards
Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|
| New York | NY | 10001 |

Defendant 2:

Kenneth — First Name
Wong — Last Name

Current Job Title (or other identifying information)

30 Hudson Yards
Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|
| New York | NY | 10001 |

Defendant 3:

Jeff — First Name
Blau — Last Name

Current Job Title (or other identifying information)

30 HUDSON YARDS
Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|
| New York | NY | 10001 |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

RELATED Companies LLP
First Name Last Name

Current Job Title (or other identifying information)

30 Hudson Yards
Current Work Address (or other address where defendant may be served)

New York NY 10001
County, City State Zip Code

Defendant 2:

BRIDGELAND WEST LLC
First Name Last Name

Current Job Title (or other identifying information)

456 WASHINGTON STREET
Current Work Address (or other address where defendant may be served)

New York NY 10013
County, City State Zip Code

Defendant 3:

BRIDGELAND WEST LLC
First Name Last Name

Current Job Title (or other identifying information)

30 HUDSON YARDS
Current Work Address (or other address where defendant may be served)

New York NY 10001
County, City State Zip Code

Defendant 4: Stephen M.Ross

First Name Last Name

Current Job Title (or other identifying information)

35 Hudson Yards

Current Work Address (or other address where defendant may be served)

New York NY 10001

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Bridgeland West LLC aka 456 Washington Street NY NY 10013

Date(s) of occurrence: June 2020-Present

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Ive Been Harrassed, Bullied, taunted and Discriminated Against, by related employees ad residents on numerous occasions, and the managing personel, has not only instigated most of these behaviors , they have condoned staff msiconduct and malfeasancent conduct speciffically Bonita Chung, Micheal Hillier , Ivan Marchuk, and ,Latyshia Johnson. In addition the above named parties have violated the related privacy policy and have made or condoned racial behavior and or actions.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Anxiety, Post Traumatic Stress disorder, Severe Depression, Mental and Emotional Harm and Suicidal Ideation.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like all rent and fee reimbursed including my security deposit, and damages in the ammount of $150,000,000.00

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

September 6,2022

Dated

Plaintiff's Signature

Jane | | DOE

First Name | Middle Initial | Last Name

456 Washington Street

Street Address

NEW YORK | NY | 10013

County, City | State | Zip Code

LAW0519@icloud.com

Telephone Number | Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

JANE DOE V.RELATED COMPANIES LLP (22 CV 01738)

DOE,JANE
Name (Last, First, MI)

| 456 WASHINGTION ST | NEW YORK | NY | 10013 |
|---|---|---|---|
| Address | City | State | Zip Code |

| | LAW0519@ICLOUD.COM |
|---|---|
| Telephone Number | E-mail Address |
| 09/06/2022 | [signature] |
| Date | Signature |

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007