UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, <br><br>                               Plaintiff, <br><br>           -against- <br><br> RELATED COMPANIES, LLP. ET AL , <br><br>                               Defendants. | 22-CV-7683 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the December 2, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 2, 2022
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge